**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| RESOURCE CENTER FOR ) | | |
| INDEPENDENT LIVING, INC., ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Case 07-2217-JAR | |
| ) | | |
| ABILITY RESOURCES, INC., et al., ) | | |
| ) | | |
| Defendants. ) | | |

**ORDER**

This matter comes before the court upon plaintiff's Motion for Leave to File Documents Under Seal (Doc. 30). Plaintiff's Motion for Leave sought to file only Exhibit 32-40 (Doc. 31) to its Motion to Compel (Doc. 32) under seal. However, plaintiff inadvertently filed its Motion to Compel and Exhibits 1-31 in support under seal as attachments to the instant motion. The Clerk's Office remedied the problem and filed plaintiff's Motion to Compel (Doc. 32) as of the date of plaintiff's original filing, or October 10, 2007. However, because plaintiff's Motion to Compel was attached as an Exhibit to plaintiff's Motion for Leave to File Documents Under Seal, defendants were unable to view plaintiff's Motion to Compel until October 12, 2007, the date the Clerk's Office separately docketed the Motion to Compel (Doc. 32).

As to the instant motion, the court has contacted defendants who do not oppose the relief requested.

Standard Order 07-03[1] provides in part:

> If the motion for leave to file under seal is granted, the assigned judge will enter electronically an order authorizing the filing of the document(s) under seal. The assigned judge will also direct the clerk's office to grant to all attorneys who have entered an appearance in that case . . . the ability to view sealed documents in that case . . . . The filing party shall then file its document(s) electronically under seal.

Accordingly, and for good cause shown,

---

[1] This order is located on the District's website.

**IT IS ORDERED** plaintiff's Motion for Leave to File Documents Under Seal (Doc. 30). is granted. The Clerk of the Court shall accept such exhibits for filing with the Court under seal electronically to plaintiff's Motion to Compel (Doc. 32). The court directs the Clerk's office to grant to all attorneys who have entered an appearance in this case the ability to view sealed documents in this case.[2] Upon issuance of this order, plaintiff is directed to file its exhibits under seal electronically.

**IT IS FURTHER ORDERED** that defendants' deadline to respond to plaintiff's Motion to Compel (Doc. 32) under D. Kan. Rule 6.1(d)(1) shall be calculated from the time of service, i.e., from October 12, 2007, the date the Clerk's Office docketed plaintiff's Motion to Compel.

**IT IS SO ORDERED**.

Dated this 15th day of October, 2007 at Topeka, Kansas.

                                                  s/ K. Gary Sebelius
                                                  K. Gary Sebelius
                                                  United States Magistrate Judge

---

[2]Pursuant to Standard Order 07-03.