# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RESOURCE CENTER FOR ) | |
| INDEPENDENT LIVING, INC., ) | |
|   ) | |
| Plaintiff, ) | |
|   ) | |
| v. ) | Case 07-2217-JAR |
|   ) | |
| ABILITY RESOURCES, INC., et al., ) | |
|   ) | |
| Defendants. ) | |

## ORDER

This matter comes before the court upon plaintiff's Motion for Leave to File Documents Under Seal (Doc. 39). This motion seeks to file one document as an Exhibit to its Memorandum in Opposition (Doc. 37) to defendant's Motion to Dismiss (Doc. 25). Defendant has not filed a response to the instant motion, and the time to do so has passed.[1]

Standing Order 07-03[2] provides in part:

> If the motion for leave to file under seal is granted, the assigned judge will enter electronically an order authorizing the filing of the document(s) under seal. The assigned judge will also direct the clerk's office to grant to all attorneys who have entered an appearance in that case . . . the ability to view sealed documents in that case . . . .  The filing party shall then file its document(s) electronically under seal.

The court has reviewed the document at issue, and find, for good cause shown, the instant motion should be and is hereby granted.

**IT IS ORDERED** plaintiff's upon plaintiff's Motion for Leave to File Documents Under Seal (Doc. 39) is granted. The Clerk of the Court shall accept such exhibit for filing with the Court under seal electronically to plaintiff's Memorandum in Opposition (Doc. 37). The court directs the Clerk's office to grant to all attorneys who have entered an appearance in this case the

---

[1] *See* D. Kan. Rule 6.1(d).

[2] This order is located on the District's website.

ability to view sealed documents in this case.[3]  Upon issuance of this order, plaintiff is directed to file its exhibit under seal electronically.

**IT IS SO ORDERED**.

Dated this 16th day of November, 2007 at Topeka, Kansas.

                                               s/ K. Gary Sebelius
                                              K. Gary Sebelius
                                              United States Magistrate Judge

---

[3]Pursuant to Standing Order 07-03.

2