# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RESOURCE CENTER FOR ) <br> INDEPENDENT LIVING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABILITY RESOURCES, INC., et al., ) <br> ) <br> Defendants. ) | Case 07-2217-JAR |

## ORDER

This matter comes before the court upon defendants' Agreed Motion for Leave to File Under Seal (Doc. 60). Defendants seek to file under seal all "exhibits and subparts filed with Reply[.]" Upon conversation with the clerk's office and review of the docket, the undersigned takes defendants' to mean the documents accompanying their response (Doc. 53) to plaintiff's Motion to Compel (Doc. 32).

Generally, the court's Standard Order 07-03[1] provides in part:

> If the motion for leave to file under seal is granted, the assigned judge will enter electronically an order authorizing the filing of the document(s) under seal. The assigned judge will also direct the clerk's office to grant to all attorneys who have entered an appearance in that case . . . the ability to view sealed documents in that case . . . . The filing party shall *then* file its document(s) electronically under seal.

The court has reviewed the documents at issue, and find, for good cause shown, the instant motion should be and is hereby granted. However, the documents in this case have already been filed accompanying defendants' response and, upon discussion with the clerk's office, in this instance the court finds no need to require defendants to resubmit these documents separately for filing under seal. As this is not the first problem counsel have encountered pertaining to the court's policy for seeking leave for filing documents under seal,[2] the court

---

[1] This order is located on the District's website.

[2] *See e.g.*, Order (Doc. 33).

strongly encourages the parties to review Standard Order 07-03 and familiarize themselves with the filing mechanisms of CM-ECF, the court's electronic filing system.

**IT IS ORDERED** defendants' Agreed Motion for Leave to File Under Seal (Doc. 60) is granted.  The Clerk of the Court shall seal the exhibits and subparts accompanying defendants' Response (Doc. 53) to plaintiff's Motion to Compel (Doc. 32).  The court directs the clerk's office to grant to all attorneys who have entered an appearance in this case the ability to view sealed documents in this case.

**IT IS SO ORDERED**.

Dated this 29th  day of November, 2007 at Topeka, Kansas.

                                           s/ K. Gary Sebelius
                                           K. Gary Sebelius
                                           United States Magistrate Judge