#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RESOURCE CENTER FOR ) | |
| INDEPENDENT LIVING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case 07-2217-JAR |
| ) | |
| ABILITY RESOURCES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter comes before the court upon plaintiff's Motion for Leave to File Documents Under Seal (Doc. 89). Specifically, plaintiff seeks to file under seal certain exhibits in support of its Motion for Partial Summary Judgment (Doc. 87). The instant motion does not indicate whether defendants oppose this request. However, the court has reviewed the documents at issue and finds further briefing unnecessary.

Pursuant to the District of Kansas' Standing Order regarding the filing of sealed documents:

> If the motion for leave to file under seal is granted, the assigned judge will enter electronically an order authorizing the filing of the document(s) under seal. The assigned judge will also direct the clerk's office to grant to all attorneys who have entered an appearance in that case . . . the ability to view sealed documents in that case . . . . The filing party shall *then* file its document(s) electronically under seal.

The court has reviewed the documents at issue, and find, for good cause shown, the instant motion should be and is hereby granted.

**IT IS ORDERED** plaintiff's Motion for Leave to File Documents Under Seal (Doc. 89) is granted. Plaintiff shall file its exhibits in support of its Partial Motion for Summary Judgment (Doc. 87) under seal, and the Clerk's Office shall accept such filings. The court directs the clerk's office to grant to all attorneys who have entered an appearance in this case the ability to view sealed documents in this case.

**IT IS SO ORDERED**.

Dated this 24th day of January, 2008 at Topeka, Kansas.

                                            s/ K. Gary Sebelius

                                            K. Gary Sebelius
                                            United States Magistrate Judge