#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RESOURCE CENTER FOR INDEPENDENT LIVING, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ABILITY RESOURCES, INC.,** )<br>**MARY F. HOLLOWAY,** )<br>**MICHAEL A. KIRBY,** )<br>**JOEY ERDMAN,** )<br>**MARY J. EVANS,** )<br>**SHIRLEY GIEBER,** )<br>)<br>**Defendants.** ) | Case No. <u>07-2217 JAR</u> |

### ORDER

This matter comes before the Court on Defendants' Motion for Leave to File Documents Under Seal (Doc. 99). This motion seeks to file Exhibits M and O of Defendants' Memorandum in Support of Defendants Motion to Compel Discovery Responses.

Standing Order 07-03 provides in part:

> If the motion for leave to file under seal is granted, the assigned judge will enter electronically an order authorizing the filing of the document(s) under seal. The assigned judge will also direct the clerk's office to grant to all attorneys who have entered an appearance in that case…the ability to view sealed documents in that case…. The filing party shall then file its document(s) under seal.

The Court has reviewed the documents at issue, and finds, for good cause shown, the instant motion should be and is hereby granted.

**IT IS SO ORDERED** Defendants motion for leave to file documents under seal (Doc. 99) is granted. The Clerk of the Court shall accept the documents identified in the instant motion for filing with the Court under seal electronically. The Court directs the Clerk's office to grant to all attorneys who have entered an appearance in this case the ability to view sealed documents in

1

this case pursuant to Standing Order 07-03. Upon Issuance of this order, Defendants are directed to file the identified documents under seal electronically.

**IT IS SO ORDERED.**

Dated this 5th day of February, 2008, at Topeka, Kansas.

    /s/ K. Gary Sebelius
K. Gary Sebelius
United states Magistrate Judge